# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Scriven , Mary S. | U.S. District Court, Tampa, Division | 06/14/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Full Time District Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☑ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

U.S. District Court
801 N. Florida AVe.
Tampa, Florida 33602

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scriven , Mary S. | 06/14/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Salary Trenam Kemker Law Firm |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Federal Bar Association | 5/17/2017-5/19/2017 | Gainesville, Florida | Private | Transportation, Meals, Lodging |
| 2. | The Federal Bar Association | 6/5/2017-6/9/2017 | Sao Paulo, Brazil | Private | Transportation, Meals, Lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scriven , Mary S. | 06/14/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Consumer credit card-unsecured | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scriven , Mary S. | 06/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Allianzgi Focused Growth Fund Institutional Class | A | Interest | | | Closed | 03/09/17 | J | A | |
| 2. Allianzi Focused Growth Fund Institutional Class | A | Interest | | | Closed | 03/09/17 | K | A | |
| 3. BLACK ROCK STRATEGIC INC OPPS INST | A | Interest | | | Closed | 04/18/17 | J | A | |
| 4. BLACK ROCK STRATEGIC INC OPPS INST | A | Interest | | | Closed | 04/18/17 | J | A | |
| 5. BLACK ROCK STRATEGIC INC OPPS INST | A | Interest | | | Closed | 04/18/17 | J | A | |
| 6. BLACK ROCK STRATEGIC INC OPPS INST | A | Interest | | | Closed | 04/18/17 | J | A | |
| 7. BLACK ROCK STRATEGIC INC OPPS INST | A | Interest | | | Closed | 04/18/17 | K | A | |
| 8. STRATEGIC INCOME OPPORTUNITIES I BLACK ROCK | A | Interest | | | Closed | 04/18/17 | J | A | |
| 9. STRATEGIC INCOME OPPORTUNITIES I BLACK ROCK | A | Interest | | | Closed | 04/18/17 | K | A | |
| 10. OPENHEIMER INTERNATIONAL GROWTH FUND CLASS Y | A | Interest | | | Closed | 03/06/17 | J | A | |
| 11. OPENHEIMER INTERNATIONAL GROWTH FUND CLASS Y | A | Interest | | | Closed | 03/06/17 | K | A | |
| 12. FMI FDS INC INTL FD INSTL | D | Interest | K | T | Buy | 03/06/17 | J | | |
| 13. FMI FDS INC INTL FD INSTL | D | Interest | J | T | Buy | 04/18/17 | K | | |
| 14. BLACKROCK HEALTH SCI OPPS INST | A | Interest | J | T | | | | | |
| 15. BLUE CHIP GROWTH T. ROWE PRICE | D | Interest | K | T | | | | | |
| 16. BROKERAGE MONEY MARKET | A | Interest | J | T | | | | | |
| 17. COHEN AND STEERS REALTY INCOME FUND INSTITUTIONAL CL | B | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scriven , Mary S. | 06/14/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. EQUITY INCOME FUND-SEL J.P. MORGAN FUNDS | D | Interest | K | T | | | | | |
| 19. GLENMEDE FUND, INC: LARGE CAP 100 PORTFOLIO | D | Interest | K | T | | | | | |
| 20. INCOME FUND CLASS P PIMCO FUNDS INST/ADMIN CLASS | D | Interest | K | T | | | | | |
| 21. INTERNATIONAL GROWTH I JOHN HANCOCK FUNDS | D | Interest | J | T | | | | | |
| 22. INTERNATIONAL SMALL COMPANY FUND Y OPPENHEIMER FUNDS | C | Interest | J | T | | | | | |
| 23. JOHN HANCOCK DISCIPLINED VALUE MIDCAP FUND CLASS | B | Interest | J | T | | | | | |
| 24. MATTHEWS JAPAN FUND | B | Interest | J | T | | | | | |
| 25. MATHEWS PACIFIC TIGER FUND | D | Interest | K | T | | | | | |
| 26. PNC MULTI-FACTOR SMALL CAP CORE FUND CLASS I | A | Interest | J | T | | | | | |
| 27. PRINCIPAL FDS INC MIDCAP BLEND P | B | Interest | J | T | | | | | |
| 28. VOYA FDS INTER BID FD I | C | Interest | K | T | | | | | |
| 29. BLACKROCK HEALTH SCI OPPS INST | D | Interest | K | T | | | | | |
| 30. BLUE CHIP GROWTH T ROWE PRICE | E | Interest | L | T | | | | | |
| 31. BROKERAGE MONEY MARKET | A | Interest | J | T | | | | | |
| 32. COHEN ANFD STEERS REALTY INCOME FUND INSTITUTIONAL CL | B | Interest | K | T | | | | | |
| 33. EQUITY INCOME FUND-SEL J P MORGAN FUNDS | D | Interest | L | T | | | | | |
| 34. GLENMEDE FUND, INC: LARGE CAP 100 PORTFOLIO | D | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scriven , Mary S. | 06/14/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. INCOME FUND CLASS P PIMCO FUNDS INST/ADMIN CLASS | D | Interest | M | T | | | | | |
| 36. INTERNATIONAL GROWTH I JOHN HANCOCK FUNDS | D | Interest | K | T | | | | | |
| 37. INTERNATIONAL SMALL COMPANY FUND Y OPPENHEIMER FUNDS | D | Interest | K | T | | | | | |
| 38. JOHN HANCOCK DISCIPLINED VALUE MID CAP FUND CLASS | A | Int./Div. | K | T | | | | | |
| 39. MATTHEWS JAPAN FUND | D | Interest | K | T | | | | | |
| 40. MATTHEWS PACIFIC TIGER FUND | A | Interest | L | T | | | | | |
| 41. PNC MULTI-FACTOR SMALL CAP CORE FUND CLASS I | D | Interest | K | T | | | | | |
| 42. PRINCIPAL FDS INC MIDCAP BLEND P | D | Interest | K | T | | | | | |
| 43. VOYA FDS INTER BD FD I | C | Interest | L | T | | | | | |
| 44. Loren Hazel Investment Group | E | Int./Div. | M | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scriven , Mary S. | 06/14/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Concerning the outstanding inquiry regarding the Brokerage Money Market: It is a cash account that holds cash between transactions. Pershing BNY Mellon is the entity with which the funds are deposited. It is not an investment account according to my broker. See Section VII Lines 16 and 31 in the 2017 reporting period and Lines 5 and 20 in the 2018 reporting period.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Mary S. Scriven**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544